IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**RAYMOND HATTEN**                                                                          **PLAINTIFF**

v.                              **CASE NO. 2:24-CV-00078-BSM**

**UNITED STATES OF AMERICA**                                                        **DEFENDANT**

## ORDER

The joint motion to consolidate [Doc. No. 10] is granted because this case and *Deaton v. United States*, 2:23-cv-00120-BSM, involve common questions of law and fact. *See* Fed. R. Civ. P. 42(a)(2). All future filings should be filed in *Deaton v. United States*, 2:23-cv-00120-BSM, and the final scheduling order in *Deaton* will apply.

IT IS SO ORDERED this 6th day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE