IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRADLEY DEATON** and **RAYMOND HATTEN**                                         **PLAINTIFFS**

v.                     **CASE NO. 2:23-CV-00120-BSM**

**UNITED STATES OF AMERICA**                                         **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, judgment is entered for plaintiffs Bradley Deaton in the amount of $193,826 and Raymond Hatten in the amount of $208,491.

IT IS SO ORDERED this 3rd day of November, 2025.

_____
UNITED STATES DISTRICT JUDGE