# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**BRADLEY DEATON** and **RAYMOND HATTEN**          **PLAINTIFFS**

v.                    CASE NO. 2:23-CV-00120-BSM

**UNITED STATES OF AMERICA**                **DEFENDANT**

## ORDER

Raymond Hatten's motion for costs [Doc. No. 153] is granted in the amount of $18,779.48.

Hatten seeks $19,325.48 in costs as follows: $100 in fees of the clerk; $150 in fees for service of summons and subpoena; $17,225.50 in fees for printed or electronically recorded transcripts; and $1,849.98 in fees for copies. *See* Doc. No. 153. The government objects to Hatten's claims for $297 in AI-generated "smart summary" fees and $150 dollars for service and process, but does not object to any other portion of Hatten's bill of costs, and proposes a total award of $18,779.48, which Hatten does not oppose. *See* Doc. Nos. 157 and 159. Therefore, Hatten's motion for costs is granted in the amount of $18,779.48.

IT IS SO ORDERED this 4th day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE