## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**BRADLEY DEATON**                                                        **PLAINTIFFS**
**and RAYMOND HATTEN**

**v.**                        **CASE NO. 2:23-CV-00120-BSM**

**UNITED STATES OF AMERICA**                                    **DEFENDANT**

### ORDER

Bradley Deaton's motion for costs [Doc. No. 154] is granted in the amount of $10,165.58.

Deaton seeks $11,087.28 in costs as follows: $402 in docket fees and $10,685.28 in fees for printed or electronically stored transcripts and depositions of witnesses who testified at trial. *See* Doc. No. 154. After review of the record, Deaton's total taxable costs amount to $10,165.58. This is true because Deaton may not recover fees for late payments, credit card processing, and AI-generated "smart summaries." *See Gronefeld v. City of Normandy*, No. 4:06-CV-386-DDN, 2007 WL 2002171, at *1 (E.D. Mo. July 5, 2007) (late fees not taxable); *Dish Wireless, LLC v. Town of Palm Beach Shores*, No. 23-CV-80487, 2025 WL 762297, at *3 (S.D. Fla. March 5, 2025) (fees for processing and smart summaries not taxable if not shown to be necessary). Therefore, Deaton's motion for costs is granted in the amount of $10,165.58.

IT IS SO ORDERED this 4th day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE